# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin*

Michael D. Cilento
Roberto Ledesma†
Justin Mercer*
Savita Sivakumar‡
Lauren Valli

Shuyu Wang§

*also admitted in New Jersey
†also admitted in Florida
‡admitted in Washington, D.C. only
§law clerk, not admitted

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Brett@iLawco.com

December 15, 2021

**VIA ECF**
Honorable Michelle H. Burns
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 323
401 West Washington Street, SPC 12
Phoenix, AZ 85003-2120

*Christopher Britt/Priviley LLC v. Citadel LLC and its related entity CE TM Holdings LLC*
*Civil Case No.: 2:21-cv-02084-MHB*

Dear Judge Burns,

We represent the plaintiff in the above-referenced action. We write pursuant to the minute order dated December 8, 2021 (ECF No. 5) to inform the Court that a Notice of Filing – Copyright, Trademark or Patent Information is not required for this action.

Plaintiff does not own a U.S. trademark registration for any mark at issue, and does not contest or seek determination regarding any trademark ownership for any mark at issue. This action does not involve a copyright or patent.

We thank the Court for its attention to this matter.

Respectfully submitted,

LEWIS & LIN, LLC

*/s/ Brett Lewis*
Brett Lewis