Brett Lewis, Esq. (admitted *pro hac vice*)
Brett@iLawco.com
Roberto Ledesma (admitted *pro hac vice*)
Roberto@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Plaintiff Christopher Britt/Priviley LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTOPHER BRITT/PRIVILEY LLC<br><br>Plaintiff,<br><br>vs.<br><br>CITADEL LLC and its related entity CE TM HOLDINGS LLC,<br><br>Defendant. | Case No.: 2:21-cv-02084-MHB<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Christopher Britt/Priviley LLC in compliance with the provisions of: (check one)

　__X__　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　____　Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　____　Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

__X__   No such corporation.

____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

(*Attach additional pages if needed.*)

_____   Relationship _____

____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (*Attach additional pages if needed.*)

_____   Relationship _____

____   Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 15th day of December, 2021

LEWIS & LIN LLC

By: /s/ Brett Lewis
Brett Lewis, Esq.

*Attorney for Plaintiff*

Certificate of Service:

I hereby certify that on the 15th day of December, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel for Defendant: CITADEL LLC and its related entity CE TM HOLDINGS LLC.

/s/ Brett Lewis
Brett Lewis, Esq.