# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Britt/Priviley Llc<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITADEL LLC and its related entity CE TM HOLDINGS LLC,<br><br>　　　　Defendant. | Case No.: CV-21-02084-PHX-MHB<br><br>**ORDER** |

　　　Pending before this Court is Lewis & Lin LLC, attorneys for Plaintiff Christopher Britt/Priviley LLC's motion for an order permitting Lewis & Lin LLC to withdraw as counsel for Plaintiff pursuant to Civil Rule 83.3(b). (Doc. 9.)

　　　IT IS ORDERED denying the Motion to Withdraw (doc. 9) without prejudice for counsel's failure to substantially comply with Local Rule 83.3(b)(2).

　　　Dated this 20th day of January, 2022.

_____
Honorable Michelle H. Burns
United States Magistrate Judge