Brett E. Lewis (admitted *pro hac vice*)
Brett@iLawco.com
Roberto Ledesma (admitted *pro hac vice*)
Roberto@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Plaintiff Christopher Britt/Priviley LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Britt/Priviley LLC<br><br>         Plaintiff,<br><br>vs.<br><br>Citadel LLC and its related entity CE TM Holdings LLC,<br><br>         Defendant. | Case No.: 2:21-cv-02084-PHX-DWL<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Brett E. Lewis, Esq., Memorandum of Law, and Certificate of Service filed simultaneously herewith, Lewis & Lin LLC will move this Court at the Sandra Day O'Connor U.S. Courthouse, Suite 524, 401 West Washington Street, SPC 57, Phoenix, AZ 85003, for an Order pursuant to Local Civil Rule 83.3(b) allowing the undersigned counsel to withdraw from representation of Plaintiff Christopher Britt/Priviley LLC due to his failure to pay his legal fees and/or otherwise assist in the prosecution of this litigation.

Dated: Brooklyn, New York

      February 23, 2022

                                          LEWIS & LIN, LLC

                                          By: */s/Brett E. Lewis*
                                          Brett E. Lewis, Esq.
                                          77 Sands Street, 6th Floor
                                          Brooklyn, NY 11201
                                          Tel: (718) 243-9323
                                          Fax: (718) 243-9326
                                          Email: brett@iLawco.com

                                          *Counsel for Plaintiff*

**Certificate of Service:**

I hereby certify that on the 23th day of February, 2022, I electronically filed the foregoing: (1) Notice of Motion to Withdraw as Counsel for Plaintiff, (2) the Affirmation of Brett E. Lewis, Esq. in Support of Motion to Withdraw as Counsel for Plaintiff, (3) the Memorandum of Law in Support of Motion to Withdraw as Counsel for Plaintiff, and (4) the Certificate of Brett E. Lewis, Esq. to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel for Defendant: CITADEL LLC and its related entity CE TM HOLDINGS LLC.

*/s/Brett E. Lewis*