Judge Dominic W Lanza
United States District Judge

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Britt/Priviley LLC | Case No.: 2:21-cv-02084-PHX-DWL |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| Citadel LLC and its related entity CE TM Holdings LLC, | |
| Defendant. | |

THIS MATTER having been brought to the Court by Lewis & Lin LLC, attorneys for Plaintiff Christopher Britt/Priviley LLC, on motion for an order permitting Lewis & Lin LLC to withdraw as counsel for Plaintiff pursuant to Local Civil Rule 83.3(b).

This Court having considered the papers submitted and arguments therein, if any, and for good cause shown;

IT IS on this _____ day of _____, 2022,

ORDERED that Lewis & Lin LLC's motion is hereby granted.

_____
Judge Dominic W Lanza
United States District Judge