Brett E. Lewis (admitted *pro hac vice*)
Brett@iLawco.com
Roberto Ledesma (admitted *pro hac vice*)
Roberto@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Plaintiff Christopher Britt/Priviley LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Britt/Priviley LLC<br><br>        Plaintiff,<br><br>vs.<br><br>Citadel LLC and its related entity CE TM Holdings LLC,<br><br>        Defendant. | Case No.: 2:21-cv-02084-PHX-DWL<br><br>**CERTIFICATE OF BRETT E. LEWIS, ESQ.** |

BRETT E. LEWIS, ESQ., under penalty of perjury, certify as follows:

    1.    I am an attorney licensed to practice law in the state of New York and before this Court. I make this certificate in support of my and my firm's motion to withdraw as counsel in this action.

    2.    My firm was retained to represent Plaintiff Christopher Britt/Priviley LLC ("Plaintiff") in November 2021.

    3.    On December 8, 2021, my firm filed a complaint to initiate this action on behalf of Plaintiff.

4. Since December 8, 2021, my firm has been discussing with Plaintiff about Plaintiff's failure to pay his retainer fee. My firm contacted Plaintiff via his last known phone number at 508-209-1300 and his last known email address at chris.britt@me.com. However, since December 29, 2021, despite our multiple efforts of contacting Plaintiff via phone calls, text messages, and emails, we have received no response whatsoever from Plaintiff.

5. On February 18, 2022, after waiting for any response from Plaintiff for two months, we proceeded to seek the Court's leave to withdraw as Plaintiff's counsel due to the unresolved legal fee issue and non-responsiveness of the client.

6. On the same day, pursuant to Local Civil Rules 83.3(b)(2), we certified-mailed a letter, enclosed with the motion to be filed, to Plaintiff's last known address at: 15 Great Kame, Plymouth, Massachusetts 02360 (USPS tracking No. 70190700000109825535). We also certified-mailed the to-be-filed motion to Defendant Citadel LLC at its headquarters at: 131 South Dearborn Street Chicago, IL 60603 (USPS tracking No. 70190700000109825542).

7. In the letter, we informed Plaintiff about the current status of this action, including that the complaint has been filed, but the process has not been served upon the defendant. A true and exact copy of the letter is attached hereto as **Exhibit A**.

8. With the foregoing, and the motion to withdraw as counsel filed with this Court, we seek the Court's leave to withdraw as counsel. We respectfully request that the motion be granted in full.

DATED:   Brooklyn, New York
         February 23, 2022

                                          /s/ Brett E. Lewis
                                          Brett E. Lewis, Esq.

# Exhibit A

# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin*

Michael D. Cilento
Roberto Ledesma†
Justin Mercer*
Savita Sivakumar‡
Lauren Valli

Shuyu Wang§

*also admitted in New Jersey
†also admitted in Florida
‡admitted in Washington, D.C. only
§law clerk, not admitted

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Brett@iLawco.com

February 18, 2022

**VIA EMAIL AND U.S. PRIORITY MAIL**

Christopher Britt, Priviley LLC
15 Great Kame
Plymouth, Massachusetts 02360
Email: chris.britt@me.com

**Re: Motion to Withdraw as Counsel in**
*Christopher Britt/Priviley LLC v. Citadel LLC*, 2:21-cv-02084-MHB
<u>(U.S. District Court, District of Arizona)</u>

Chris,

    It is unfortunate that we have to send this letter to you. However, due to the circumstances where you continuously failed to respond to our inquiries about multiple issues over a period of two months, including unpaid legal fees, litigation strategies, and any potential consequences resulting from your non-response, it has become impossible for us to meaningfully represent you in the above-captioned action. We have to regrettably seek withdrawal from representing you with the Court and be released as your counsel in the instant action.

    As of today, we have filed a complaint on December 8, 2021 to initiate this action. No other subsequent motion, except for the motion to withdraw as counsel, has been filed. We have not served process on the defendant. Due to your failure to pay for the services we have rendered, we refrain from taking further actions to litigate your claim. You will have to serve process on the defendant, either by yourself or through another counsel by March 8, 2022,

# LEWIS & LIN LLC

pursuant to Federal Rules of Civil Procedure 4(m). A failure of serving process by March 8, 2022 can result in a dismissal of the action without prejudice.

Enclosed is our motion to be filed with the Court. Given that we have previously contacted you numerous times with no response, we are forced to seek judicial intervention.

Regards,

_____

Brett Lewis, Esq.

Enclosures:
1. Notice of Motion to Withdraw as Counsel for Plaintiff
2. Memorandum of Law in Support of Motion to Withdraw as Counsel for Plaintiff
3. Affirmation of Brett E. Lewis, Esq. in Support of Motion to Withdraw as Counsel for Plaintiff
4. Proposed Order