# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Britt/Priviley LLC, | No. CV-21-02084-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Citadel LLC, | |
| Defendant. | |

This action is apparently brought by two Plaintiffs: (1) Christopher Britt and (2) Priviley LLC. On February 23, 2022, Plaintiffs' counsel moved to withdraw. The time to respond has now expired and no response has been filed.

Accordingly, **IT IS ORDERED** that the unopposed motion to withdraw (Doc. 16) is granted. Although Plaintiff Christopher Britt, as a natural person, may represent himself, Plaintiff Priviley LLC may not proceed without counsel. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Counsel,* 506 U.S. 194, 201-02 (1993). The Clerk of Court shall add the following address to the docket: Christopher Britt, 15 Great Kame, Plymouth, Massachusetts 02360.

Given this backdrop, **IT IS FURTHER ORDERED** that Plaintiff Christopher Britt shall, by March 28, 2022, file with the Court an update addressing the overall status of the case; and that Plaintiff Priviley LLC, to the extent it wishes to continue litigating this action, shall, by March 28, 2022, retain new counsel and have its new counsel file a

notice of appearance on the docket.  Failure to comply may result in dismissal without further notice.

Dated this 14th day of March, 2022.

_____
Dominic W. Lanza
United States District Judge