# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Britt/Priviley LLC, | NO. CV-21-02084-PHX-DWL |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Citadel LLC, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 1, 2022, judgment is hereby entered and this case is dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 1, 2022

By   s/ S. Strong
     Deputy Clerk